## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC.<br>SPRINT FIDELIS LEADS PRODUCTS<br>LIABILITY LITIGATION<br><br>This documents relates to:<br>**Ortiz-Gomez v. Medtronic, Inc., et al.**<br>**08-cv-00758** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS'**<br>**LEAD  COUNSEL'S MOTION TO**<br>**DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 47), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the action styled Ortiz-Gomez v. Medtronic, Inc., et al., Civil Action No. 08-cv-00758, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 26, 2011

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge